AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Sonequa Sutton,<br>*Plaintiff,*<br>v.<br>Commissioner of Social Security Administration,<br>*Defendant.* | ) ) ) ) ) ) ) Civil Action No. 0:20-cv-03983-CMC-PJG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:  the decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and the action is remanded for further administrative proceedings.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, who reversed the decision of the Commissioner and remanded the action for further administrative proceedings.

Date:  June 7, 2021                                                                      *CLERK OF COURT*

                                                                                                                         s/M. Nason

                                                                                                        *Signature of Clerk or Deputy Clerk*